(91 South. 411)

No. 24711.

## LESTER v. BURNETT.

(March 27, 1922.)

*(Syllabus by Editorial Staff.)*

**Courts ⬤⇒224(10)—Supreme Court has no jurisdiction of suit in damages for $1,750.**

The Supreme Court has no jurisdiction of a suit in damages for $1,750.

Appeal from Civil District Court, Parish of Orleans; Wynne G. Rogers, Judge.

Action by Oscar J. Lester against John F. Burnett. From judgment for plaintiff, defendant appeals. Transferred to the Court of Appeal for the Parish of Orleans.

Louis Henry Burns, of New Orleans, for appellant.

H. W. Robinson, of New Orleans, for appellee.

By Division A, composed of Chief Justice PROVOSTY and Justices OVERTON and LECHE.

PROVOSTY, C. J. This suit being in damages, and for only $1,750, this court has not jurisdiction of it.

It is therefore ordered, adjudged, and decreed that this case be transferred to the court of appeal for the parish of Orleans, and that the appellant pay the costs of this court.